1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11

WILLIAM LEON MALONE,

Case No. CV 21-04335 JLS (RAO)

12

Petitioner,

13

v.

**JUDGMENT**

14

JOSIE GASTELO, Warden,

15

Respondent.

16
17

Pursuant to the Court's Order Accepting Findings, Conclusions, and

18

Recommendations of United States Magistrate Judge,

19

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action

20

is dismissed with prejudice.

21
22
23

DATED:  October 25, 2022

24

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

25
26
27
28